UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LLOYD WHITE, | No. 2:14-cv-1572 AC P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY MEDICAL DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action filed pursuant to 42 U.S.C. § 1983. Plaintiff has consented to the jurisdiction of the undersigned magistrate judge for all purposes pursuant to 28 U.S.C. § 636(c) and Local Rule 305(a). See ECF No. 4.

On November 3, 2014, this court dismissed plaintiff's original complaint with leave to file an amended complaint within 28 days. ECF No. 12. Plaintiff was informed that "[f]ailure to file an amended complaint will result in dismissal of this action." Id. at 9. More than 85 days have passed since the filing of the court's order; plaintiff has neither filed an amended complaint nor otherwise communicated with the court.

Accordingly, for good cause shown, IT IS HEREBY ORDERED that this action is dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of

////

1

1  Court is directed to close this case.

2  DATED: January 29, 2015

3  _____
   ALLISON CLAIRE
4  UNITED STATES MAGISTRATE JUDGE